**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| No. | Defendant |
|---|---|
| 3 | wuhanchensiqishangmaoyouxiangongsi |
| 4 | dongguanshikuluosimaoyiyouxiangongsi |
| 8 | shanxihongtuxindajianzhuanzhuanggongchengyouxiangongs |
| 9 | yaue |
| 10 | WuYanJianShe |
| 12 | yunchengshichengyunqichexiaoshoufuwuyouxiangongsi |
| 13 | guangzhouyangyinbaihuoshanghanggerenduzi |
| 14 | haoggch |
| 16 | anningliquanshangmaoyouxiangongsi |
| 17 | beijingzhannahuixiangkejiyou |
| 18 | bwenz |
| 19 | luoyangshishanzhizaozhuangbeizhizao |
| 20 | shanxiyihuifengshengwukeji |
| 21 | tangyinxianboliyezhuangshizhuangxiu |
| 22 | huaibeihantushangmaoyoux |
| 23 | liufengdemeiguodian |
| 24 | xuchangdingxiazhuangshigongcheng |
| 25 | anyangqianjiafushiyouxiangongsi |
| 26 | hebeijiaqiannongyekejiyou |

| | |
|---|---|
| 27 | licaitt |
| 28 | neihuangxianmacongnongchanpin |
| 29 | zhijiejie |
| 30 | guangzhouheyishangmaoyouxiangongsi |
| 31 | AE56X6AX7 |
| 32 | 义乌市奎谬电子商务商行 |
| 33 | fuyangshitailaitiyujiankangfuwu |
| 34 | zzhir |
| 35 | tangjing Shop |
| 36 | JiangSuZhiQiDianJianSheGongChengYouXianGongSi |
| 37 | shanghaiyingranmaoyiyouxian |
| 38 | PuYangCuiPingZhongZhiJia |
| 39 | BBUAN |
| 40 | 鹏友日用商品店 |
| 42 | GuangZhouShangFengShangMaoYouXianGongSi |
| 43 | Fsdva |
| 45 | HAIMAX |
| 46 | HHFUI |
| 48 | Hengyankajiu |
| 49 | huangxianxiangtt |
| 50 | shijiazhuangxinsiyiyaokeji |
| 52 | puyangxianlongyefeijiuwuzi |
| 53 | CHUNLINSHNAGDIAN |
| 55 | DYTRQW |
| 56 | TinsignsKing |
| 57 | zhoukoujinyingshangmaoyouxiangongsi |
| 58 | xiulian |
| 60 | tianyong |
| 61 | Versatile customization |
| 62 | LIN Local Shop |
| 63 | Sign DDF |
| 64 | Joselyn AA |
| 65 | Urban Metal Decor pro |
| 66 | Personality Decorative Art |
| 67 | FTPKWJIT |
| 68 | LY holiday decorations local |
| 69 | Siyu Mall |
| 70 | EasyFulfillStore |
| 71 | CHENG ART |
| 72 | Maggiehu |
| 73 | ANHKSHOP |

| | |
|---|---|
| 74 | LANNIE DECOR local |
| 75 | Metall Leben |
| 76 | Kuindy local |
| 77 | YIDOM |
| 78 | LOAYJ |
| 79 | TOP LOVE ART |
| 80 | Jiantiepihua |
| 81 | A Comforting Art Gallery |
| 82 | ART BUILDING |
| 83 | Cool Cat Furniture Decoration |
| 84 | FENG DA DI SHOP |
| 85 | Mercone |
| 86 | ZZeng |
| 87 | Forged Frames one |
| 88 | Shook Art Studio |
| 89 | Small shop in Nezhalin |
| 90 | RigidBem |
| 91 | JIULI SHAGNDIAN UU |
| 92 | FlipFluff |
| 93 | dfgsdhsdfh |
| 94 | Forged Frames two |
| 95 | SPPsrone |
| 96 | LZMGXBBQD |
| 97 | FWTIYLNI |
| 98 | tungsten sheet |
| 99 | Feylor |
| 100 | EETIJF |
| 101 | MuchMuch |
| 102 | TIEPIHUALIU |
| 103 | HUA XIU ART |
| 104 | Nemophiisii SHOP |
| 105 | Re reloading |
| 106 | hui Decorative Painting four |
| 107 | WDQFACAI art poster shop |
| 108 | BLY Art Prints |
| 109 | a bulldozer |
| 110 | Baiwei Mall |
| 111 | HYS Decor local |
| 112 | haohualaile |
| 113 | OUFULAIZHUBAOGH |
| 114 | A shop with a temperature art |

| | |
|---|---|
| 115 | NanArtCrafts |
| 116 | tale XX |
| 117 | IND WALL DECOR |
| 118 | ESTAR PRO |
| 119 | Minimal Style |
| 120 | askasaskj |
| 121 | MIN Decoration |
| 122 | LIUMEINV |
| 123 | VividCanvascs |
| 124 | Rustic Retreat |
| 125 | Jack Z |
| 126 | mexsixd |
| 127 | Bingo Park |
| 128 | Oil Painting hcx |
| 129 | Vatin Dmis |
| 130 | LIUHAIHONG |
| 131 | Creative Playground |
| 133 | First legend |
| 134 | Knife Alliance |
| 135 | ArtistryHive |
| 136 | YUHANKANGSHOOP local |
| 137 | WXiong |
| 138 | Haohao simple decoration |
| 139 | Brave Metal Sign |
| 141 | Living Elegance |
| 142 | YY Metal Sign |
| 143 | Lunasc |
| 144 | Magna SIGN |
| 145 | XMSD local |
| 146 | Once Moment |
| 147 | Hui Qiu |
| 148 | TIEPIHUABAO |
| 149 | Wovely |
| 150 | BOS IRONART |
| 151 | LuYaLuYa |
| 152 | JIULI SHAGNDIAN X |
| 153 | Lucky lover |
| 154 | RHRTHBSF |
| 155 | ECSCVI |
| 156 | DCPIJJ |
| 157 | LAKOP |

| | |
|---|---|
| 158 | Happy Holidayss |
| 159 | ShopaholicHub |
| 160 | Super AA |
| 161 | Yolo Aamaal |
| 162 | CYAurel |
| 163 | TP Iron painting |
| 164 | Wall Decor World |
| 165 | Brilliance Han Design |
| 166 | TP decoration |
| 167 | ZFXAIAOWEI |
| 168 | ChenHongJESSE |
| 169 | Yolos decorative painting |
| 170 | BJyanguem |
| 171 | Lucky Mrs |
| 172 | MetalMuseCreations |
| 173 | The Rust Horizon |
| 174 | NAperty |
| 175 | tiepihaohua |
| 176 | Iron Art Plaque |
| 177 | Palette Art Studio |
| 178 | ZHUsummer |
| 179 | DPlele |
| 180 | WJX ART |
| 181 | AtelierVibe |
| 182 | Art paintings decorate the shop |
| 183 | QiuArtPainting |
| 184 | Ethereal Artsy |
| 185 | KS ART DECOR |
| 186 | LAOyees |
| 187 | Bella wall decoration |
| 188 | FF Art shop |
| 189 | TIEPIHUACHAOFAN |
| 190 | AiMetalFuc |
| 191 | CoastClear |
| 192 | YLRISEHIGH |
| 193 | Qeerf |
| 194 | SFDES TWO |
| 195 | PremiumPickk |
| 196 | SEDES thr |
| 197 | Oou Decorations local |
| 198 | Are You Goods |

| | |
|---|---|
| 199 | XPXx |

DATED: August 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 28, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt