**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

# STATUS REPORT

Plaintiff, MARIA HAYDEN ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [24].

The defendants remaining in this case are as follows:

| No. | Defendants |
|---|---|
| 1 | hyhkn |
| 2 | huangzhengzhuimifushi |
| 5 | KUGESHANGMAO |
| 6 | YaJIA |
| 7 | XinHuaQuManMingFuZhuangDian |
| 11 | 周游户外用品 |
| 15 | ChengJianJian2025 |
| 47 | 合肥侯锦电子商务有限公司 |
| 51 | houyishangmaodian |
| 54 | YeDaWen2025 |
| 59 | Liu Guihang |

No other defendants have appeared or otherwise responded to Plaintiff's Complaint. Plaintiff has begun investigating defendants' addresses in light of the Seventh Circuit's opinion in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026). Plaintiff will move for entry of default and default judgment against the

remaining defendants once the investigation and analysis is complete. Plaintiff respectfully asks for an additional fourteen (14) days to file the motion or an additional status report.

DATED: September 1, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 1, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt