**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR LEAVE TO SERVE CERTAIN DEFENDANTS BY ELECTRONIC MEANS**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Maria Hayden ("Plaintiff") in this action. I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and I could and would competently testify to them if called as a witness.

2. Plaintiff filed this action on February 3, 2026 [1], identifying the defendants on Schedule A to the Complaint [2]. On February 5, 2026, I filed a memorandum in support of Plaintiff's ex parte motion for leave to conduct expedited discovery and to serve process by electronic means, together with my declaration and Exhibits 1 and 2 [13]. On February 11, 2026, the Court granted that motion and entered its Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication [16]. Summonses issued February 13, 2026 [18]. I filed proof of service on February 25, 2026 [19]. Responsive pleadings

were due March 18, 2026. No defendant named in the accompanying motion has answered, appeared, moved, or otherwise responded to the Complaint.

3. Plaintiff has since dismissed 188 of the 199 Schedule A defendants. *See* [20], [21], [22], and [25]. Eleven defendants remain, of which ten are the subject of this motion (Defendant Nos. 1, 2, 5, 6, 7, 11, 15, 47, 54, and 59, the "Defaulting Defendants"); the eleventh, No. 51, is not, for the reasons stated below.

4. Defendant No. 51's disclosed address was verified against the Chinese corporate registry and resolves to identifiable premises. I have submitted a request for service on Defendant No. 51 through the Central Authority of the People's Republic of China, and no relief is sought against Defendant No. 51 in this motion.

5. I will cause notice to be re-transmitted to each of the ten Defaulting Defendants by the same electronic means directed in the Court's order [16] within seven days of the entry of any order granting this motion, and will file proof of that re-transmission promptly thereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
Counsel for Plaintiff