IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**DECLARATION OF YANLING JIANG IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR LEAVE TO SERVE CERTAIN DEFENDANTS BY ELECTRONIC MEANS**

I, Yanling Jiang, declare as follows:

**Introduction**

1. I am the principal of JiangIP LLC, co-counsel of record for Plaintiff Maria Hayden in this action, and a member of the bar of this Court. I make this declaration in support of Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means.

2. I have personal knowledge of the matters stated in this declaration, except where stated on information and belief, and I would competently testify to them if called as a witness. Where this declaration recites the results of steps performed by others at my direction, I so identify them, and I have reviewed the underlying source material myself.

3. I read and write Chinese. I am fluent in Mandarin Chinese and I read simplified Chinese characters without translation. I entered each of the registry and mapping queries described below in Chinese characters, and I read each result in the original Chinese rather than in machine translation.

4. This declaration addresses ten Defendants identified in Schedule A to the Complaint who have not been dismissed (the "Defaulting Defendants"): Defendant Nos. 1, 2, 5, 6, 7, 11, 15, 47, 54, and 59. Nothing in this declaration is offered as to Defendant No. 51, whose disclosed address was verified against the Chinese corporate registry and as to which Plaintiff has submitted a request for service through the Central Authority of the People's Republic of China.

**Investigation into the Defaulting Defendants' physical addresses**

5. Plaintiff investigated the physical address of each Defaulting Defendant to determine whether an address existed at which that Defendant could be served. The results are set out defendant by defendant in Exhibit A.

6. For each Defaulting Defendant, the following steps were taken.

a. The Defendant's live seller profile on Amazon or Walmart was reviewed and the business name and business address that the Defendant itself disclosed there were captured verbatim, in the original characters, and the profile page was preserved as a PDF.

b. The disclosed address was submitted for resolution to three independent mapping services: Google Maps, Baidu Maps (百度地图), and Amap (高德地图). Queries were entered in Chinese characters. Baidu and Amap were used because Google's mapping products do not operate reliably within the People's Republic of China.

c. The Defendant's verbatim disclosed business name was searched against the Chinese national corporate registry through Tianyancha (天眼查).

d. Where the search returned a registered entity, its registered address, registration status, legal representative, and unified social credit code were retrieved, along with any

abnormal-operation (经营异常) listings, and the registered address was compared against the address the Defendant disclosed.

7. That investigation was conducted on August 20, 21, and 24, 2026. It is independent of Plaintiff's February 5, 2026 motion [13].

8. Based on that investigation, I am not aware of, and Plaintiff has not been able to ascertain, any address at which service could be effected on any of the ten Defaulting Defendants. Exhibit A to this Declaration states the specific basis as to each.

9. Exhibit A discloses Plaintiff's investigation efforts, including the unfavorable ones. In particular, for Defendants 1, 11, 15, 47, 54, and 59, the address registered to the entity returned by the registry search corresponds to the address the Defendant discloses on its seller profile, character for character. As to Defendant No. 1, the disclosed address also resolves on the map to locatable commercial premises. Exhibit A states, as to each of those five Defendants, why the corresponding string nonetheless does not identify premises at which service could be effected.

10. The map and registry findings described above are based on online research on publicly available platforms. No physical inspection of any address was conducted, and I make no representation that any location was visited, that any delivery was attempted at any address, or that any person at any address declined to accept service.

**Exhibit**

11. Attached as Exhibit A is a per-defendant investigation summary setting out, for each Defaulting Defendant, the results of the address investigation described above. All exhibits attached to this declaration are true and correct copies of the documents described.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at Chicago, Illinois.

/s/ Yanling Jiang
Yanling Jiang
JiangIP LLC
IL Bar No. 6309336
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
E-mail: yanling@jiangip.com

***Counsel for Plaintiff***