# EXHIBIT A

# PER-DEFENDANT INVESTIGATION SUMMARY

This exhibit sets out, for each of the ten Defaulting Defendants, the results of Plaintiff's investigation into that Defendant's physical address.

Every address and business name below is quoted verbatim from the Defendant's own live seller profile, captured on August 24, 2026, with the original characters preserved. Every registry entity name, unified social credit code, status, legal representative and registered address is quoted exactly as returned by Tianyancha for a search of the Defendant's verbatim disclosed business name. Map results reflect online research on Google Maps, Baidu Maps and Amap conducted August 20 and 21, 2026, with queries run in Chinese characters.

All findings, including those adverse to Plaintiff, are disclosed.

Group 1 comprises Defendants for whom no address can be ascertained at all. Group 2 comprises Defendants whose disclosed address string does not identify premises at which service can be effected. Group 3 comprises the one Defendant whose registered address is a cluster-style registration within a shared commercial tower.

One defendant that was investigated in the same pass is not covered by this exhibit and is not a Defaulting Defendant. Defendant No. 51's disclosed address was verified against the registry and resolves to identifiable premises; Plaintiff treats its address as known and is pursuing Hague Convention service.

**Defendant No. 1: "hyhkn" (Amazon)**
**Group 3**

| Field | Detail |
|---|---|
| Seller alias | hyhkn |
| Platform seller ID | A1MENFVX70BBDC |
| Business name disclosed by Defendant (verbatim) | Sichuanyinghuasushangmaoyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 四川省绵阳市经开区绵州大道中段 199 号 / 绵阳经开万达广场 21 栋 13 层 6-7 号-Z1804 / 绵阳市 / 四川 / 621000 / CN |

| Field | Detail |
|---|---|
| Registry search term | Sichuanyinghuasushangmaoyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 四川英桦苏商贸有限公司 |
| Unified social credit code | 91510700MAC3WATT5H |
| Registration status | 存续 (active) |
| Legal representative | 赵英 |
| Registered address | 四川省绵阳市经开区绵州大道中段 199 号绵阳经开万达广场 21 栋 13 层 6-7 号-Z1804 |
| Disclosed vs. registered address | YES, character for character |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |
| Map resolution, Google / Baidu / Amap | The location was identified. Amap resolves the address to locatable commercial premises. |
| Map detail | Amap resolves 绵阳经开万达广场 21 栋, a SOHO tower within the Mianyang Jingkai Wanda Plaza complex at 绵州大道中段 199 号; unrelated law firms and retail stores are listed in the same building. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The registry verifies the disclosed address character for character, the entity is active, and the address resolves to real and locatable commercial premises. The address nonetheless designates a floor and two room numbers within a commercial tower whose listed occupants are unrelated law firms and retail businesses, and it carries the trailing serial "-Z1804," which is an assigned registration serial rather than any part of a postal address. Plaintiff's conclusion that this is a cluster-style registration is drawn from the form of the address itself.

**Defendant No. 2: "huangzhengzhuimifushi" (Amazon)**
**Group 1**

| Field | Detail |
|---|---|
| Seller alias | huangzhengzhuimifushi |
| Platform seller ID | A3RYTQLTI93W94 |
| Business name disclosed by Defendant (verbatim) | zhejiangzhuimifushiyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 广州市增城区荔城街道 / 宏华中路 17 号 402 房 / 广州市 / 广东省 / 511300 / CN |
| Registry search term | zhejiangzhuimifushiyouxiangongsi (the Defendant's own verbatim disclosed business name) |

| Field | Detail |
|---|---|
| Registry matches returned | 1 |
| Matched entity | 义乌追觅服饰有限公司 (historical name: 浙江追觅服饰有限公司) |
| Unified social credit code | 91330782MA2HQXWF4J |
| Registration status | 存续 (active) |
| Legal representative | 黄峥 |
| Registered address | 浙江省义乌市福田街道楼西塘高层 5 栋 2 单元 1101（自主申报） |
| Disclosed vs. registered address | NO. The disclosed address is in Zengcheng District, Guangzhou, Guangdong; registered address is in Yiwu, Zhejiang |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |
| Map resolution, Google / Baidu / Amap | The exact location could not be located. The search results show different locations that are not affiliated with the defendant and far from each other. |
| Map detail | Amap resolves 宏华中路 17 号, Zengcheng; the listed occupants are 卓顺不锈钢工程部 (a stainless-steel workshop), 全民优生活(华龙店), and 御香花生油 (a cooking-oil shop), no trace of the matched clothing company. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: Two conflicting addresses exist (disclosed Guangzhou address vs. Yiwu, Zhejiang registered address), and neither can be treated as a known, servable address: the registered address bears no demonstrated connection to the disclosed one, and the disclosed address maps to unrelated small businesses. Additional drift: the seller's disclosed business name is the entity's historical name 浙江追觅服饰有限公司 ("Zhejiang Zhuimi"); the entity has since renamed to 义乌追觅服饰有限公司, and the seller never updated its Amazon disclosure.

**Defendant No. 5: "KUGESHANGMAO" (Amazon)**
**Group 1**

| Field | Detail |
|---|---|
| Seller alias | KUGESHANGMAO |
| Platform seller ID | A37DMXDWKR95SA |
| Business name disclosed by Defendant (verbatim) | qinhuangdaokugeshangmaoyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 天勤花园 3 栋 3 号商铺 / 硚口区 / 武汉市 / 湖北省 / 430000 / CN |
| Registry search term | qinhuangdaokugeshangmaoyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |

| Field | Detail |
|---|---|
| Matched entity | 秦皇岛苦各商贸有限公司 |
| Unified social credit code | 91130301MACWBEF87P |
| Registration status | 存续 (active) |
| Legal representative | 张根 |
| Registered address | 河北省秦皇岛市经济技术开发区黄河道街道六盘山路金明国际中心 B 座 1109 |
| Disclosed vs. registered address | NO. The disclosed address is in Qiaokou District, Wuhan, Hubei; registered address is in Qinhuangdao, Hebei |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |
| Map resolution, Google / Baidu / Amap | The location was only partially identified. The map only shows a garden. |
| Map detail | Amap resolves 天勤花园 to a residential compound at 长丰大道 100 号, Qiaokou District, Wuhan, no trace of the Qinhuangdao trading company. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The sole registry match is registered in Qinhuangdao, Hebei, while the seller discloses a Wuhan, Hubei address. Neither address can be treated as known for service: the registered address bears no demonstrated connection to the disclosed one, and the disclosed address is a unit in a Wuhan residential compound with no demonstrated connection to the registered entity.

**Defendant No. 6: "YaJIA" (Amazon)**
**Group 1**

| Field | Detail |
|---|---|
| Seller alias | YaJIA |
| Platform seller ID | A2QVZ1EPSIVRCY |
| Business name disclosed by Defendant (verbatim) | yiwushiyajiashipinshanghang |
| Business address disclosed by Defendant (verbatim) | 义乌市福田街道 / 银海二区 75 幢 1 单元 4 楼 403 室 / 金华市 / 浙江 / 322000 / CN |
| Registry search term | yiwushiyajiashipinshanghang (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 0 |
| Matched entity | (none) |
| Unified social credit code | (none) |
| Registration status | (none) |

| Field | Detail |
|---|---|
| Legal representative | (none) |
| Registered address | (none) |
| Disclosed vs. registered address | N/A. No registry match |
| Abnormal-operation (经营异常) record | N/A |
| Map resolution, Google / Baidu / Amap | The location was only partially identified. The search results show different locations that are not affiliated with the defendant. |
| Map detail | Not performed (no registry match to compare). |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: Tianyancha returns 0 results for the verbatim disclosed business name. Three renderings of the name into Chinese characters (义乌市雅家食品商行, 义乌市亚家食品商行, 义乌市雅佳食品商行) were searched as a secondary check, and each also returned no results. Those renderings are the analyst's interpretation and are not source text. The disclosed address cannot be verified against any registered entity.

**Defendant No. 7: "XinHuaQuManMingFuZhuangDian" (Amazon)**
**Group 1**

| Field | Detail |
|---|---|
| Seller alias | XinHuaQuManMingFuZhuangDian |
| Platform seller ID | ALD7AVNRLG2R0 |
| Business name disclosed by Defendant (verbatim) | XinHuaQuManMingFuZhuangDian |
| Business address disclosed by Defendant (verbatim) | 沟西街 465 号育华小区 2 号楼 401 / 莆田市 / 城厢区 / 福建省 / 351100 / CN |
| Registry search term | XinHuaQuManMingFuZhuangDian (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 新华区曼明服装店 (个体工商户, individually-owned clothing store) |
| Unified social credit code | 92130105MA7LWT360Y |
| Registration status | 存续 (active) |
| Legal representative | 杨家兴 |
| Registered address | 石家庄市新华区大郭街道国源和天下 3 号楼 2 单元 1703 号 |
| Disclosed vs. registered address | NO. The disclosed address is in Chengxiang District, Putian, Fujian; the matched business is registered in Xinhua District, Shijiazhuang, Hebei |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |

| Field | Detail |
|---|---|
| Map resolution, Google / Baidu / Amap | The location was only partially identified. The search results show different locations that are not affiliated with the defendant. |
| Map detail | Amap resolves 育华小区 in Putian as a residential compound mapped at 沟西街 445 号 (the disclosure says 465 号); it is an apartment complex, with no connection to a Hebei clothing business. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The verbatim business name resolves to a single individually-owned business in Shijiazhuang, Hebei, while the seller discloses an address in Putian, Fujian that maps to a residential compound with no connection to that business. Neither address can be treated as known for service on this Defendant, and Plaintiff cannot establish that the Hebei registrant operates this storefront.

**Defendant No. 11: "周游户外用品" (Amazon)**

**Group 2**

| Field | Detail |
|---|---|
| Seller alias | 周游户外用品 |
| Platform seller ID | A3RN87PX5PABFU |
| Business name disclosed by Defendant (verbatim) | wenzhouquchengwangluokejiyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 昆阳镇 / 新欣村（生产车间二） / 温州市平阳县 / 浙江省 / 325000 / CN |
| Registry search term | wenzhouquchengwangluokejiyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 温州渠成网络科技有限公司 |
| Unified social credit code | 91330326MA2858X23X |
| Registration status | 存续 (active) |
| Legal representative | 游秀芝 |
| Registered address | 浙江省温州市平阳县昆阳镇新欣村（生产车间二） |
| Disclosed vs. registered address | YES, character for character |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |

| Field | Detail |
|---|---|
| Map resolution, Google / Baidu / Amap | The location was only partially identified. The search results show different locations that are not affiliated with the defendant. Amap resolves 新欣村 in 平阳县昆阳镇 as a village with numbered buildings and a locatable village committee (昆阳镇新欣村村民委员会). Separate Tianyancha check of the storefront name 周游户外用品 resolves only to unrelated small individual businesses (Guangzhou, Jinan, etc.), no conflict with the matched entity. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The registry verifies the disclosed address character-for-character and the entity is active; however, the address is a rural village address with a workshop designation (新欣村（生产车间二）) and no street number — legally registered but practically imprecise for a process server to execute.

**Defendant No. 15: "ChengJianJian2025" (Amazon)**
**Group 2**

| Field | Detail |
|---|---|
| Seller alias | ChengJianJian2025 |
| Platform seller ID | A1X2SA7EFDFIIM |
| Business name disclosed by Defendant (verbatim) | zunyishijinyingzichuanmeiyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 红花岗区长征街道外环路 / 大森鑫城 4 楼 15,17 号 / 遵义市 / 贵州 / 563000 / CN |
| Registry search term | zunyishijinyingzichuanmeiyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 遵义市金樱子传媒有限公司 |
| Unified social credit code | 91520302MAE92GW25E |
| Registration status | 存续 (active) |
| Legal representative | 刘继 |
| Registered address | 贵州省遵义市红花岗区长征街道外环路大森鑫城 4 楼 15,17 号 |
| Disclosed vs. registered address | YES, character for character |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |
| Map resolution, Google / Baidu / Amap | The location was only partially identified. The search results show different locations that are not affiliated with the defendant. |

| Field | Detail |
|---|---|
| Map detail | Amap resolves 大森鑫城 as a multi-building complex at 环城路 804 号 with separately named building clusters (天云淡, 青云上, 彩云间, etc.); the address gives a floor (4 楼) and unit numbers (15,17 号) but no building number within the complex. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The registry verifies the address character-for-character and the entity is active (established January 2025); however, the address gives only a floor and unit numbers (大森鑫城 4 楼 15,17 号) without any building designation inside the 大森鑫城 complex (five buildings), creating a real risk that a mailing or a process server directed to this address could not locate the Defendant.

**Defendant No. 47: "合肥侯锦电子商务有限公司" (Amazon)**
**Group 2**

| Field | Detail |
|---|---|
| Seller alias | 合肥侯锦电子商务有限公司 |
| Platform seller ID | A28H1B7COIXQG9 |
| Business name disclosed by Defendant (verbatim) | hefeihoujindianzishangwuyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | 瑶海区 / 站塘路 100 号金盛家园 9 栋 501 室 / 合肥市 / 安徽 / 230000 / CN |
| Registry search term | hefeihoujindianzishangwuyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 合肥侯锦电子商务有限公司 |
| Unified social credit code | 91340102MAD2K7X868 |
| Registration status | 吊销，未注销 (REVOKED, not yet cancelled) |
| Legal representative | 侯明杰 |
| Registered address | 安徽省合肥市瑶海区站塘路 100 号金盛家园 9 栋 501 室 |
| Disclosed vs. registered address | YES, character for character (but entity revoked) |
| Abnormal-operation (经营异常) record | 经营异常名录 ×2: listed 2024-07-02 and 2025-07-03 by 瑶海区市场监督管理局 for failure to publish the annual report under the Enterprise Information Disclosure Regulations; no removal (移出) recorded. |
| Map resolution, Google / Baidu / Amap | The exact location could not be located. |
| Map detail | Not performed (moot, entity revoked). The registered address is a unit (501 室) in Building 9 of the 金盛家园 residential compound. |

| Field | Detail |
|---|---|
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: Although the disclosed address matches the registered address exactly, the entity's business license has been revoked (吊销，未注销) and it appears twice on the 经营异常名录 (2024, 2025, unremediated). Service directed to a revoked entity at a residential address is not a showing that a servable address is known.

**Defendant No. 54: "YeDaWen2025" (Amazon)**
**Group 2**

| Field | Detail |
|---|---|
| Seller alias | YeDaWen2025 |
| Platform seller ID | A2F23XY0TX6Q9G |
| Business name disclosed by Defendant (verbatim) | HuiZhouShiHuangDongShanQuanJiuYeYouXianGongSi |
| Business address disclosed by Defendant (verbatim) | 惠阳区良井镇黄洞村委会上角村 / 6 号 / 惠州市 / 广东 / 516200 / CN |
| Registry search term | HuiZhouShiHuangDongShanQuanJiuYeYouXianGongSi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 惠州市黄洞山泉酒业有限公司 |
| Unified social credit code | 91441303325219350F |
| Registration status | 开业 (in operation) |
| Legal representative | 叶达文 |
| Registered address | 惠州市惠阳区良井镇黄洞村委会上角村 6 号 |
| Disclosed vs. registered address | YES, character for character |
| Abnormal-operation (经营异常) record | No 经营异常 records returned. |
| Map resolution, Google / Baidu / Amap | The location was only partially identified. |
| Map detail | Amap resolves 黄洞村 and 上角村 as rural villages under 良井镇, 惠阳区; the village committee (黄洞村委会) is a locatable landmark. The storefront name "YeDaWen2025" matches the matched entity's legal representative 叶达文. |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The registry verifies the address character-for-character and the entity is in operation; however, the address is a rural village address (黄洞村委会上角村 6 号) with no road

or street number, and service would depend on village-committee assistance to locate the Defendant.

**Defendant No. 59: "Liu Guihang" (Walmart)**
**Group 2**

| Field | Detail |
|---|---|
| Seller alias | Liu Guihang |
| Platform seller ID | 102786029 |
| Business name disclosed by Defendant (verbatim) | yangjiangshiligengshangmaoyouxiangongsi |
| Business address disclosed by Defendant (verbatim) | yangjiangshijiangchengqu / yangjiang, GD 529500, CN / (romanized district-level address only, "Jiangcheng District, Yangjiang"; contact phone +86 18826850469) |
| Registry search term | yangjiangshiligengshangmaoyouxiangongsi (the Defendant's own verbatim disclosed business name) |
| Registry matches returned | 1 |
| Matched entity | 阳江市笠耕商贸有限公司 |
| Unified social credit code | 91441702MAEBNK2EXR |
| Registration status | 存续 (active) |
| Legal representative | 刘桂航 |
| Registered address | 阳江市江城区漠江中路碧桃园 2 栋 2 单元 401 室（住所申报） |
| Disclosed vs. registered address | PARTIAL. The Walmart disclosure gives only the district (江城区); the registry address is in the same district but adds the street, compound, building, and unit |
| Abnormal-operation (经营异常) record | 经营异常名录 ×1: listed 2026-07-13 by 阳江市江城区市场监督管理局 for failure to publish the annual report; no removal (移出) recorded. (Not an "unreachable at registered address" listing.) |
| Map resolution, Google / Baidu / Amap | The exact location could be located but it does not correspond to valid business or mailing addresses for the Defendant. The result shows a city. |
| Map detail | Amap resolves 碧桃园 as a residential compound at 漠江中路 103 号, 江城区, Yangjiang; the registered unit 2 栋 2 单元 401 室 is a residential apartment filed under a self-declared residence registration (住所申报). |
| Conclusion | No address is known at which service on this Defendant could be effected. |

Basis: The verbatim business name resolves to exactly one active entity whose legal representative matches the storefront name, and the registry supplies a precise address consistent with the disclosed district. However, the Walmart-disclosed address (district-level only) is

unserviceable on its own; the registered address is a self-declared (住所申报) residential unit; and the entity was listed on the 经营异常名录 on 2026-07-13 for annual-report non-publication.

**SUMMARY TABLE**

| No. | Seller alias | Group | Registry matches | Disclosed vs. registered | Basis |
|---|---|---|---|---|---|
| 1 | hyhkn | 3 | 1 | YES | Registered address is a cluster-style registration serial within a shared commercial SOHO tower |
| 2 | huangzhengzhuimifushi | 1 | 1 | NO | Registered in Yiwu, Zhejiang; Defendant discloses Guangzhou, Guangdong; disclosed name is the entity's former name |
| 5 | KUGESHANGMAO | 1 | 1 | NO | Sole match registered in Qinhuangdao, Hebei; Defendant discloses Wuhan, Hubei |
| 6 | YaJIA | 1 | 0 | N/A | No registered entity corresponds to the disclosed business name |
| 7 | XinHuaQuManMingFuZhuangDian | 1 | 1 | NO | Sole match is a one-person business registered to a different individual in Shijiazhuang, Hebei; Defendant discloses Putian, Fujian |
| 11 | 周游户外用品 | 2 | 1 | YES | Rural village plus workshop designation, no road and no street number |
| 15 | ChengJianJian2025 | 2 | 1 | YES | Floor and unit numbers with no building designation inside a multi-building complex |
| 47 | 合肥侯锦电子商务有限公司 | 2 | 1 | YES | Business license revoked (吊销，未注销); two unremediated abnormal-operation listings; registered address is a residence |
| 54 | YeDaWen2025 | 2 | 1 | YES | Rural village-committee hamlet with no house number and no road |

| No. | Seller alias | Group | Registry matches | Disclosed vs. registered | Basis |
|---|---|---|---|---|---|
| 59 | Liu Guihang | 2 | 1 | PARTIAL | Platform disclosure is district-level only; the sole precise address is a self-declared (住所申报) residential unit carried on the abnormal-operation list |