**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, September 22, 2026, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear in person before the Honorable Judge Manish S. Shah of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Renewed Motion For Leave To Serve Certain Defendants By Electronic Means.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***