IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**STATUS REPORT**

Plaintiff, MARIA HAYDEN ("Plaintiff"), files this status report pursuant to Minute Entry Order [32].

**1. Defendants remaining.**

Eleven defendants remain in this case:

| No. | Defendants |
|---|---|
| 1 | hyhkn |
| 2 | huangzhengzhuimifushi |
| 5 | KUGESHANGMAO |
| 6 | YaJIA |
| 7 | XinHuaQuManMingFuZhuangDian |
| 11 | 周游户外用品 |
| 15 | ChengJianJian2025 |
| 47 | 合肥侯锦电子商务有限公司 |
| 51 | houyishangmaodian |
| 54 | YeDaWen2025 |
| 59 | Liu Guihang |

None of these defendants has appeared or otherwise responded to Plaintiff's Complaint. All other Defendants have been dismissed.

**2. Response to the Court's minute order [32].**

The Court's minute entry order notes that if Plaintiff did not conduct a reasonably diligent search for defendants' addresses before February 11, 2026, the Court's order authorizing electronic service of process [16] was likely entered in error, and that researching addresses now would not retroactively authorize that service.

Plaintiff has reviewed the showing made in support of the February 5, 2026 motion [13], which did not include a per-defendant investigation of any individual defendant's disclosed address. Plaintiff does not ask the Court to treat that showing, or the diligence subsequently conducted, as retroactively curing the order at [16].

Filed together with this status report is Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means, directed to ten of the eleven remaining defendants (Nos. 1, 2, 5, 6, 7, 11, 15, 47, 54, and 59). That motion asks the Court to make the finding required by Article 1 of the Hague Convention on a fresh, per-defendant record built since August 2026, and to authorize service prospectively on that record, rather than to validate the February showing after the fact.

**3. Defendant No. 51.**

No. 51's disclosed address has been verified against the Chinese corporate registry and resolves to identifiable premises. Plaintiff is not seeking relief as to No. 51 in the accompanying motion. Plaintiff submitted a request for service on No. 51 through the Central Authority of the People's Republic of China on September 1-2, 2026 (Case No. 5241CNS20260902), which remains pending preliminary review.

**4. Next steps.**

Plaintiff will advise the Court of the disposition of the accompanying motion and of any development in the Hague Convention request for Defendant No. 51 in its next status report, or at such time as the Court directs.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt