**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Maria Hayden

Plaintiff,

v.

Case No.: 1:26−cv−01176
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2026:

MINUTE entry before the Honorable Manish S. Shah: The Renewed Motion For Leave To Serve Certain Defendants By Electronic Means [33] is granted, and no appearance is necessary. Enter Order. Plaintiff shall file a status report on its efforts to resolve the case against the remaining defendants by 11/20/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.