IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR LEAVE TO SERVE CERTAIN DEFENDANTS BY ELECTRONIC MEANS**

This matter having come before the Court on Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means, and the Court having considered the motion, the accompanying memorandum, the Declarations of Keith A. Vogt and Yanling Jiang, IT IS HEREBY ORDERED:

1. The Court finds, on the record presented, that no address is known at which service of process could be effected on the following defendants identified on Schedule A to the Complaint (the "Defaulting Defendants"), within the meaning of Article 1 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters: Nos. 1, 2, 5, 6, 7, 11, 15, 47, 54, and 59.

2. Plaintiff is authorized to serve process on each Defaulting Defendant by the same electronic means directed in the Court's order of February 11, 2026 [16]: by e-mail to any e-mail address provided for a Defaulting Defendant by a third party, and/or by electronic publication of a link to the Complaint and related filings.

3. Plaintiff shall, within seven (7) days of the entry of this order, re-transmit notice to each Defaulting Defendant by the means authorized in paragraph 2 above, and shall file proof of that transmission within three (3) days thereafter. Each Defaulting Defendant shall answer or otherwise respond to the Complaint within twenty-one (21) days of the date of that transmission.

DATED: September 21, 2026

Honorable Manish S. Shah
United States District Judge