**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, MARIA HAYDEN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by e-mail to any e-mail address provided for a Defaulting Defendant by a third party, and/or by electronic publication of a link to the Complaint and related filings.

3. I hereby certify that on September 21, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order Granting Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") marketplaces, as identified and provided by third parties as being related to the defendants.

4. I hereby certify that on or before September 21, 2026, I electronically published the Complaint, Summons, and Order Granting Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means on a website.

5. I hereby certify that on September 21, 2026, I sent an e-mail containing a copy of the Complaint, Summons, and Order Granting Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means to the e-mail addresses associated with accounts at the Amazon and Walmart marketplaces, as identified and provided by third parties for the Defaulting Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*