**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT NO. 51 BY ELECTRONIC MEANS**

Plaintiff Maria Hayden ("Plaintiff") moves under Federal Rule of Civil Procedure 4(f)(3) for leave to serve Defendant No. 51 (houyishangmaodian) by electronic means. In support, Plaintiff states:

1. Defendant No. 51 is the only remaining Schedule A defendant that was not the subject of Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means [33], which the Court granted on September 21, 2026 [37], [38]. Plaintiff treated Defendant No. 51's address as known, because the address on its seller profile matched the registered address of a Chinese company bearing its business name, and on September 1-2, 2026, Plaintiff submitted a request for service on that company through the Central Authority of the People's Republic of China. (Declaration of Yanling Jiang ("Jiang Decl.") ¶¶ 4-6, Ex. 1.) Plaintiff reported that request to the Court on September 15, 2026 [36].

2. The Central Authority has now returned that request unserved. Its Certificate under Article 6 of the Hague Convention, executed at Beijing on October 9, 2026, states that the document has not been served because there is "No such recipient at the address provided."

Service personnel went to the registered address, did not find the company, and asked the property staff of the compound, who confirmed that the compound's shops contain no such company. (Jiang Decl. ¶¶ 7-8, Exs. 2-3.)

3. The Hague Convention "shall not apply where the address of the person to be served with the document is not known." Hague Convention art. 1, 20 U.S.T. 361, 362. The address that ties this storefront to a Chinese entity has been tested by the Chinese authorities themselves and found not to be an address at which Defendant No. 51 can be served. The registry shows no other address for that entity. Plaintiff is aware of one other address in Amazon's subpoena response for this storefront, but this address does not change the analysis, as explained in the accompanying memorandum. (Jiang Decl. ¶¶ 10-13.) On this record, Plaintiff asks the Court to find that no address is known at which service of process could be effected on Defendant No. 51 within the meaning of Article 1.

4. Plaintiff requests an order that: (a) finds, on the record presented, that no address is known at which service of process could be effected on Defendant No. 51 within the meaning of Article 1 of the Hague Convention; (b) authorizes Plaintiff to serve Defendant No. 51 by the same electronic means directed in the Court's order of February 11, 2026 [16] and the Court's order of September 21, 2026 [38], that is, by e-mail to any e-mail address provided for Defendant No. 51 by a third party, and/or by electronic publication of a link to the Complaint and related filings; and (c) directs Plaintiff to transmit notice to Defendant No. 51 by those means within seven (7) days of entry of the order and to file proof of that transmission within three (3) days thereafter, with Defendant No. 51 to answer or otherwise respond within twenty-one (21) days of the transmission. That is the structure the Court adopted in [38]. It gives

Defendant No. 51 a fresh notice and a fresh deadline running only from an order supported by the present record.

5. This motion is supported by the accompanying memorandum, the Declaration of Yanling Jiang and its exhibits, and a proposed order.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and enter the proposed order.

DATED: October 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

*/s/ Yanling Jiang*
Yanling Jiang
JiangIP LLC
Bar No. 6309336
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
E-mail: yanling@jiangip.com
***CO-COUNSEL FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt