# EXHIBIT 1

amazon.com/sp?ie=UTF8&seller=A2WBH5952SHJY6

# houyishangmaodian

Visit the houyishangmaodian storefront

★★★☆☆ | **40% positive** lifetime (5 total ratings)

By April E Burnette on December 7, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shanxihouyishangmaoyouxiangongsi
**Business Address:**
朔州经济开发区招远路
佳和枫景小区C-14号商铺
朔州市
山西
036030
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.