# EXHIBIT 3

# 山西省高级人民法院

# 送　达　回　证

| 案　由 | 知识产权权属、侵权纠纷 | 案号 | 美国联邦地区法院伊利诺伊州北区联邦地区法院 1:26-cv-01176 号 |
|---|---|---|---|
| 受送达人的姓名、地址 | 山西厚益商贸有限公司<br>山西省朔州经济开发区招远路佳和枫景小区（-14号商铺 | | |

| 送达的文书名称及件数 | 受送达人签收 | 代收人签收 | 送达人 |
|---|---|---|---|
| 传票及附件 1份 | 年　月　日 | 年　月　日 | 张晓飞 |
| 诉状及证据材料 1份 | 年　月　日 | 年　月　日 | 武星梅 |
| | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |
| | 年　月　日 | 年　月　日 | |

备注：以上文书有中文译本。　送达人一行于2026年十月24日到达佳和枫景小区，未找到"山西厚益商贸有限公司"，经询问物业工作人员，确认本小区商铺无该公司，故未能送达。　2026-24/10

填发人：张小冬