**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-01176

Judge Manish S. Shah

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT NO. 51 BY ELECTRONIC MEANS**

This matter having come before the Court on Plaintiff's Motion for Leave to Serve Defendant No. 51 by Electronic Means, and the Court having considered the motion, the accompanying memorandum, and the Declaration of Yanling Jiang and the exhibits thereto, IT IS HEREBY ORDERED:

1. The Court finds, on the record presented, that no address is known at which service of process could be effected on Defendant No. 51 (houyishangmaodian) identified on Schedule A to the Complaint, within the meaning of Article 1 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

2. Plaintiff is authorized to serve process on Defendant No. 51 by the same electronic means directed in the Court's orders of February 11, 2026 [16] and September 21, 2026 [38]: by e-mail to any e-mail address provided for Defendant No. 51 by a third party, and by electronic publication of a link to the Complaint and related filings.

3. Plaintiff shall, within seven (7) days of the entry of this order, transmit notice to Defendant No. 51 by the means authorized in paragraph 2 above, and shall file proof of that

transmission within three (3) days thereafter. Defendant No. 51 shall answer or otherwise respond to the Complaint within twenty-one (21) days of the date of that transmission.

IT IS SO ORDERED.

DATED: October 19, 2026

Honorable Manish S. Shah
United States District Judge