**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA HAYDEN, | |
| Plaintiff, | Case No.: 1:26-cv-01176 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**STATUS REPORT**

Plaintiff, MARIA HAYDEN ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [37].

On September 21, 2026, the Court granted Plaintiff's Renewed Motion for Leave to Serve Certain Defendants by Electronic Means. [38]. That same day, Plaintiff served Defendants in accordance with the Court's Order [38] and filed a summons returned executed. [39]. The deadline for those Defendants to answer or otherwise respond to Plaintiff's Complaint was October 13, 2026.

Plaintiff attempted to serve Defendant No. 51 houyishangmaodian at the address listed on its seller profile through the Central Authority of the People's Republic of China, however, service could not be completed. *See* [40] and [41]. As such, the Court granted Plaintiff's Motion for Leave to Serve Defendant No. 51 by Electronic means on October 19, 2026. [44]. That same day Plaintiff served Defendant No. 51 in accordance with the Court's Order [44] and filed a summons returned executed. [45]. The deadline for Defendant No. 51 to answer or otherwise respond to Plaintiff's Complaint was November 9, 2026.

None of the Defendants remaining in this case have entered an appearance or otherwise defended this action. Accordingly, Plaintiff has filed a motion for entry of default and default judgment and an accompanying memorandum. *See* [46] and [47]. Plaintiff's motion has been noticed for in-person presentment on Tuesday, November 24, 2026, at 9:45 a.m. [48]. Plaintiff will send a proposed default judgment order, excluding any defendants who may appear, to the Court's proposed order inbox on the day of the hearing.

DATED: November 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt