**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA HAYDEN,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-01176<br><br>**Judge Manish S. Shah** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff MARIA HAYDEN ("Hayden" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Hayden having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, by virtue of their default, Defaulting Defendants have sold products using infringing versions of Hayden's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-468-009; VA 2-468-055; VA 2-468-361; and VA 2-468-012 (the "RetroPlanet Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Hayden's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the RetroPlanet Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine RetroPlanet Product or not authorized by Hayden to be sold in connection with the RetroPlanet Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine RetroPlanet Product or any other product produced by Hayden, that is not Hayden's or not produced under the authorization, control, or supervision of Hayden and approved by Hayden for sale under the RetroPlanet Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Hayden, or are sponsored by, approved by, or otherwise connected with Hayden; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Hayden, nor authorized by Hayden to be sold or

offered for sale, and which bear any of Hayden's registered copyrights, including the RetroPlanet Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account, to sell infringing goods using the RetroPlanet Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the RetroPlanet Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine RetroPlanet Product or not authorized by Hayden to be sold in connection with the RetroPlanet Works.

3. Upon Hayden's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the RetroPlanet Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Hayden is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five-hundred dollars ($12,500)

for willful use of infringing RetroPlanet Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Walmart, are hereby released to Hayden as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Walmart, are ordered to release to Hayden the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Hayden has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Hayden shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Hayden identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Hayden may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: November 24, 2026



Manish S. Shah
United States District Judge

| No. | Defendants |
|---|---|
| 1 | hyhkn |
| 2 | huangzhengzhuimifushi |
| 3 | [redacted] |
| 4 | [redacted] |
| 5 | KUGESHANGMAO |
| 6 | YaJIA |
| 7 | XinHuaQuManMingFuZhuangDian |
| 8 | [redacted] |
| 9 | [redacted] |
| 10 | [redacted] |
| 11 | 周游户外用品 |
| 12 | [redacted] |
| 13 | [redacted] |
| 14 | [redacted] |
| 15 | ChengJianJian2025 |
| 16 | [redacted] |
| 17 | [redacted] |
| 18 | [redacted] |
| 19 | [redacted] |
| 20 | [redacted] |
| 21 | [redacted] |
| 22 | [redacted] |
| 23 | [redacted] |
| 24 | [redacted] |
| 25 | [redacted] |
| 26 | [redacted] |
| 27 | [redacted] |
| 28 | [redacted] |
| 29 | [redacted] |
| 30 | [redacted] |
| 31 | [redacted] |
| 32 | [redacted] |
| 33 | [redacted] |
| 34 | [redacted] |
| 35 | [redacted] |
| 36 | [redacted] |
| 37 | [redacted] |
| 38 | [redacted] |
| 39 | [redacted] |

| | |
|---|---|
| 40 | [redacted] |
| 41 | [redacted] |
| 42 | [redacted] |
| 43 | [redacted] |
| 44 | [redacted] |
| 45 | [redacted] |
| 46 | [redacted] |
| 47 | 合肥侯锦电子商务有限公司 |
| 48 | [redacted] |
| 49 | [redacted] |
| 50 | [redacted] |
| 51 | houyishangmaodian |
| 52 | [redacted] |
| 53 | [redacted] |
| 54 | YeDaWen2025 |
| 55 | [redacted] |
| 56 | [redacted] |
| 57 | [redacted] |
| 58 | [redacted] |
| 59 | Liu Guihang |
| 60 | [redacted] |
| 61 | [redacted] |
| 62 | [redacted] |
| 63 | [redacted] |
| 64 | [redacted] |
| 65 | [redacted] |
| 66 | [redacted] |
| 67 | [redacted] |
| 68 | [redacted] |
| 69 | [redacted] |
| 70 | [redacted] |
| 71 | [redacted] |
| 72 | [redacted] |
| 73 | [redacted] |
| 74 | [redacted] |
| 75 | [redacted] |
| 76 | [redacted] |
| 77 | [redacted] |
| 78 | [redacted] |
| 79 | [redacted] |
| 80 | [redacted] |

| | |
|---|---|
| 81 | [redacted] |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |
| 115 | |
| 116 | |
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | |

| | |
|---|---|
| 122 | [redacted] |
| 123 | [redacted] |
| 124 | [redacted] |
| 125 | [redacted] |
| 126 | [redacted] |
| 127 | [redacted] |
| 128 | [redacted] |
| 129 | [redacted] |
| 130 | [redacted] |
| 131 | [redacted] |
| 132 | [redacted] |
| 133 | [redacted] |
| 134 | [redacted] |
| 135 | [redacted] |
| 136 | [redacted] |
| 137 | [redacted] |
| 138 | [redacted] |
| 139 | [redacted] |
| 140 | [redacted] |
| 141 | [redacted] |
| 142 | [redacted] |
| 143 | [redacted] |
| 144 | [redacted] |
| 145 | [redacted] |
| 146 | [redacted] |
| 147 | [redacted] |
| 148 | [redacted] |
| 149 | [redacted] |
| 150 | [redacted] |
| 151 | [redacted] |
| 152 | [redacted] |
| 153 | [redacted] |
| 154 | [redacted] |
| 155 | [redacted] |
| 156 | [redacted] |
| 157 | [redacted] |
| 158 | [redacted] |
| 159 | [redacted] |
| 160 | [redacted] |
| 161 | [redacted] |
| 162 | [redacted] |

| | |
|---|---|
| 163 | [redacted] |
| 164 | [redacted] |
| 165 | [redacted] |
| 166 | [redacted] |
| 167 | [redacted] |
| 168 | [redacted] |
| 169 | [redacted] |
| 170 | [redacted] |
| 171 | [redacted] |
| 172 | [redacted] |
| 173 | [redacted] |
| 174 | [redacted] |
| 175 | [redacted] |
| 176 | [redacted] |
| 177 | [redacted] |
| 178 | [redacted] |
| 179 | [redacted] |
| 180 | [redacted] |
| 181 | [redacted] |
| 182 | [redacted] |
| 183 | [redacted] |
| 184 | [redacted] |
| 185 | [redacted] |
| 186 | [redacted] |
| 187 | [redacted] |
| 188 | [redacted] |
| 189 | [redacted] |
| 190 | [redacted] |
| 191 | [redacted] |
| 192 | [redacted] |
| 193 | [redacted] |
| 194 | [redacted] |
| 195 | [redacted] |
| 196 | [redacted] |
| 197 | [redacted] |
| 198 | [redacted] |
| 199 | [redacted] |